[Cite as *Siegenthaler v. Unknown*, 2011-Ohio-4375.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

KIMBERLY SIEGENTHALER

Plaintiff

v.

UNKNOWN

Defendant

Case No. 2011-03910-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶1}   On March 17, 2011, this court issued a pre-screening entry dismissing the State Highway Patrol as defendant since they are not responsible for the maintenance of the interstate highways or state highways and ordering plaintiff to file an amended complaint naming an appropriate defendant. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41. The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Kimberly Siegenthaler
278 Villa Street
Rittman, Ohio  44270

DRB/laa
Filed 5/26/11
Sent to S.C. reporter 8/26/11